CHARLES BERNEY et al., Respondents, v. NATHAN L. BRODIE et al., Appellants.—

No opinion. Munder, Acting P. J., Martuscello, Kleinfeld and Brennan, JJ., concur; Benjamin, J., dissents and votes to reverse the order and to remit the motion to the Special Term for a hearing to determine the proper metes and bounds description to be inserted in a bargain and sale deed, with covenants against the grantors' acts, required to be delivered by defendants.

NATHANIEL L. BRODIE et al., Appellants, v. CHARLES BERNEY et al., Respondents.—

No opinion. Munder, Acting P. J., Martuscello, Kleinfeld and Brennan, JJ., concur; Benjamin, J., is constrained to concur because of the prior decisions of this court in litigation between these parties as to the property in question.